**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**


YELLOW CAB COMPANY OF
ORLANDO, INC.,

      Plaintiff,


vs.                                                               CASE NO. 8:12-CIV-1910-T-EAK-MAP


CELEBRATION TRANSPORTATION,
INC., etc.,

      Defendant.
_____/


**<u>ORDER ON MOTION TO STAY</u>**


      This cause is before the Court on the Plaintiff's motion for stay pending review (Doc. 43) and response thereto (Doc. 47).  The Plaintiff requests a stay of the order at Document 31, or at least the parts of the order awarding a money judgment and the portion requiring transfer and/or termination of the telephone number (407) 222-2222.  The Court finds that the plaintiff fails to establish that it is entitled to a stay of those portion of the injunction issued by this Court.  In particular, the Plaintiff fails to establish a likelihood of success on the merits of the appeal.  The Court finds the response on this issue to be cogent and well-taken.  The Court need not address the subsequent factors for granting the stay since the failure to establish likelihood of success on the merits dooms the request.  But the Court finds that the Plaintiff failed to establish those factors also.  Accordingly, it is

**ORDERED** that motion for stay pending review (Doc. 43) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 4th day of February, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record