**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

YELLOW CAB COMPANY OF
ORLANDO, INC.,

    Plaintiff,

vs.                                                                CASE NO. 8:12-CIV-1910-T-EAK-MAP

CELEBRATION TRANSPORTATION,
INC., etc.,

    Defendant.
_____/

## ORDER ON MOTION FOR CONTEMPT

    This cause is before the Court on the Plaintiff's motion for contempt (Doc. 42) and response thereto (Doc. 44). The Plaintiff has established and the Defendant has failed to rebut the allegations that the Defendant failed to abide by the Amended Order of this Court (Doc. 31), i.e. the continuing use of the telephone number (407) 222-2222. Accordingly, it is

    **ORDERED** that motion for contempt (Doc. 42) be **granted** and the Plaintiff may file a motion for sanctions if the motion to stay at the Eleventh Circuit Court of Appeals is denied. If it is granted, the motion must be reserved until the resolution of the appeal.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 24th day of February, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record